**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
MICHELE B VITALE
DIANNE M VITALE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  13-17497NLW

HEARING DATE:  07/11/2013

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The Debtor's Schedule "J" includes expenses not reasonably necessary for the support of the Debtor or his dependents.
    Specifically,  $75.90 for pet insurance.

-  Debtor has failed to provide proof of current income.
    Specifically,  husband's current pay stub.

-   The Chapter 13 Trustee hereby objects to the exemptions in the above-captioned case pursuant to Bankruptcy Rule 4003.  The Trustee further objects to all exemptions claimed now or at any time before confirmation in any amount in excess of the maximum dollar amounts allowed by the statute, or which does not clearly state the statutory basis for the exemption, the dollar amount claimed as exempt, or the specific property being exempted.  The Trustee requests that any hearing on this objection be scheduled for the date of confirmation.
- Tax refund must be contributed to plan.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  July 03, 2013

By:    /S/Marie-Ann Greenberg
            Marie-Ann Greenberg, Esquire
            Chapter 13 Standing Trustee